IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL ROBINSON | : | CIVIL ACTION |
| v. | : | NO. 10-1184 |
| CHAD GRANT, ROGER BOMENBLIT and FEDERAL U.S. MARSHAL | : | |

## ORDER

AND NOW, this 14th day of April, 2010, upon consideration of plaintiff's pro se Complaint and Motion to Proceed in Forma Pauperis, for the reasons stated in the attached Memorandum, **IT IS ORDERED** that:

1. Leave to proceed in forma pauperis is **GRANTED** pursuant to 28 U.S.C. § 1915;

2. Plaintiff, Russell Robinson, #CY-8435, shall pay the filing fee of $350 pursuant to 28 U.S.C. § 1915(b). Based on plaintiff's financial statement, an initial partial filing fee of $20.40 is assessed. The Superintendent or other appropriate official at S.C.I. Graterford, where plaintiff is presently confined, or at any other correctional facility at which plaintiff may be confined, is directed to deduct $20.40 from plaintiff's prisoner account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 10-1184. Thereafter, until the full filing fee is paid, the Superintendent or other appropriate official at S.C.I. Graterford or at any prison at which plaintiff may be confined, shall deduct from plaintiff's account, each time that plaintiff's prisoner account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 10-1184;

3. This Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e), with leave to file an Amended Complaint within thirty (30) days of the date of this Order in accordance with the attached Memorandum. Upon the filing of an Amended Complaint, the Clerk shall **NOT** make service until so ordered by the Court;

4. The Clerk of Court shall **SEND** a copy of this Order to the Superintendent of SCI-Graterford; and,

5. This case shall **REMAIN CLOSED FOR STATISTICAL PURPOSES.**

**BY THE COURT:**

_____
JAN E. DUBOIS, J.