# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUSSELL ROBINSON** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **NO. 10-1184** |
| | : | |
| **CHAD GRANT, Federal U.S. Marshall,** | : | |
| and **ROGER BOMENBLIT, Federal U.S. Marshall,** | : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 12th day of May, 2010, upon consideration of plaintiff's Amended Complaint, for the reasons stated in the attached Memorandum, **IT IS ORDERED** that:

1. All further proceedings in this case are **STAYED** until plaintiff 's criminal case, including all available appellate or collateral proceedings, in state court has been finally resolved;

2. The Clerk of Court shall **TRANSFER** this case to the Civil Suspense File and **MARK** the case **CLOSED FOR STATISTICAL PURPOSES**;

3. The Court shall **RETAIN** jurisdiction over the case and the case shall be **RETURNED** to the Court's active docket when there are no impediments to further proceedings and the case may proceed to final disposition;

4. The entry of this Order is **WITHOUT PREJUDICE** to the rights of the parties; and,

5. Plaintiff shall file and serve status reports at six (6) month intervals with respect to the status of his state criminal proceedings. One (1) copy of the status report shall be served on the Court (Chambers, Room 12613, 601 Market Street, Philadelphia, Pennsylvania 19106) when the original is filed.

**BY THE COURT:**

/s/ Jan E. DuBois, J.

**JAN E. DUBOIS, J.**